FILED

JUN - 8 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANDREW HOLMES<br>*Plaintiff,*<br><br>VS.<br><br>DAVID VERNARD CLARK AND<br>LANDSTAR INWAY, INC.<br>*Defendants.* | §<br>§<br>§<br>§   Civil Action No. 5:17-cv-00658<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal of Claims against Defendants, this action is DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on this __8__ day of __June__ 2018.

_____
UNITED STATES DISTRICT JUDGE